FREID, GALLAGHER, TAYLOR & ASSOCIATES, P.C.
DEBRA FREID
604 S. Jefferson Avenue
Saginaw, MI 48607
Telephone: (989) 754-0411
Email: fgt@fgt-law.com
Attorneys for Plaintiff
KAYLA GLOVER

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAIME G. TOUCHSTONE (S.B. #233187)
601 Montgomery Street, Suite 1210
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
Email: jtouchstone@fddcm.com
Local Counsel for Plaintiff
KAYLA GLOVER

LAW OFFICE OF BRUCE C. FUNK
BRUCE C. FUNK (S.B. # 122340)
46 West Santa Clara Street
San José, CA 95113
Telephone: (408) 280-6488
Email: bcfunkesq@aol.com
Attorneys for Defendant
LEONARD Y. CHENG

TONY LOPRESTI, County Counsel (S.B. #289269)
MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: Michael.Serverian@cco.sccgov.org
Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA GLOVER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, a public entity, LEONARD Y. CHENG, an individual,<br><br>Defendants. | No. 22CV05496 NC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE IN VIEW OF SETTLEMENT AND PERFORMANCE OF SETTLEMENT TERMS** |

    Plaintiff, KAYLA GLOVER, and Defendants, COUNTY OF SANTA CLARA and LEONARD Y. CHENG (the "parties"), by and through their undersigned, respective counsel of record, hereby stipulate and respectfully request as follows:

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that, in view of the full and final settlement of the case and in view of receipt of the settlement proceeds by Plaintiff from Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action be dismissed with prejudice, each party to bear its own costs and fees.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) withing this e-filed document."

IT IS SO STIPULATED, AGREED, and REQUESTED.

Dated: September 17, 2025      FREID, GALLAGHER, TAYLOR & ASSOCIATES, P.C.

By: /S/ Debra Freid
DEBRA FREID

Attorneys for Plaintiff
KAYLA GLOVER

Dated: September 18, 2025      LAW OFFICE OF BRUCE C. FUNK

By: /S/ Bruce Funk
BRUCE C. FUNK

Attorneys for Defendant
LEONARD Y. CHENG

Dated: September 18, 2025      OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA

By: /S/ Michael Serverian
MICHAEL C. SERVERIAN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

**ORDER**

Having considered the Parties' Stipulation, and good cause having been shown, the Parties' Stipulation is GRANTED. This action is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Dated: September 19, 2025

_____
NATHANAEL M. COUSINS
U.S. MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

3353987

3
Stipulation and [Proposed] Order for Dismissal of Action
with Prejudice in View of Settlement
22CV05496 NC